IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| REBECCA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Sanchez's sentencing hearing is continued to Friday, August 26, 2005, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 2, 2005.               BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge