IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| REBECCA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

At the defendant's request,

IT IS ORDERED that Defendant Sanchez shall self-surrender to the United States Marshal and commence her service of sentence.

September 20, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge